03-15-00027-CV



# JOANNA STATON
## District Clerk
### BELL COUNTY, TEXAS

**BELL COUNTY JUSTICE COMPLEX**
1201 Huey Road • P. O. Box 909 • Belton, Texas 76513
(254) 933-5197 • Fax (254) 933-5199
Joanna.Staton@co.bell.tx.us • www.bellcountydistrictclerk.org

February 12, 2015

Mr. David Deleon
Pro se
2606 Nogales
Corpus Christi, Texas 78416

Re:    Cherie Deleon v. David Deleon
       CAUSE #252,911-B

Dear Mr. Deleon,

On November 3, 2014 our office received your Notice of Appeal on the above referenced case. We have yet to receive payment for the Clerk's Record that is past due to the Third Court of Appeals. The cost of preparation of the Clerk's Record will be $440.00. Please send a money order, made payable to the Bell County District Clerk.

Upon receipt of payment, the Clerk's Record will be prepared and forwarded to the Third Court of Appeals. We will not prepare the record until payment is received. If you wish to purchase a copy of the record, there will be an additional fee of $20 for a copy on CD.

If you have any questions please do not hesitate to give me a call.

Sincerely,

Lacey Martindale
Deputy Clerk

cc:    Third Court of Appeals,



# JOANNA STATON
## District Clerk
### BELL COUNTY, TEXAS

**BELL COUNTY JUSTICE COMPLEX**
1201 Huey Road • P. O. Box 909 • Belton, Texas 76513
(254) 933-5197 • Fax (254) 933-5199
Joanna.Staton@co.bell.tx.us • www.bellcountydistrictclerk.org





January 13, 2015

Mr. David Deleon
Pro se
2606 Nogales
Corpus Christi, Texas 78416

Re:    Cherie Deleon v. David Deleon
       CAUSE #252,911-B

Dear Mr. Deleon,

On November 3, 2014 our office received your Notice of Appeal on the above referenced case. The cost of preparation of the Clerk's Record will be $440.00. Please send a money order, made payable to the Bell County District Clerk.

Upon receipt of payment, the Clerk's Record will be prepared and forwarded to the Third Court of Appeals. If you wish to purchase a copy of the record, there will be an additional fee of $20 for a copy on CD.

If you have any questions please do not hesitate to give me a call.

Sincerely,

Lacey Martindale
Deputy Clerk

cc:    Third Court of Appeals,
       Thomas J. Baker, Attorney



# COURT OF APPEALS

FILED

2015 FEB 11 A 8: 28

JOANNA STATON
DISTRICT COURT
BELL COUNTY TX

JEFFREY D. KYLE, CLERK

## THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

February 10, 2015

The Honorable Joanna Staton
District Clerk
Bell County Courthouse
P. O. Box 909
Belton, TX 76513
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     03-15-00027-CV
        Trial Court Case Number:     252911

Style:  David De Leon
        v. Cherie D. De Leon

Dear Honorable Joanna Staton:

        The clerk's record was due in this Court on **December 3, 2014** and is overdue.  Please tender the record for filing no later than **Friday, February 20, 2015.**  If you cannot meet this deadline, please advise the Court **in writing** explaining the reason for the delay and giving your best estimate of when the clerk's record will be complete.  If the record is not filed by **Friday, February 20, 2015,** the matter will be referred to the Court for an order.  *See* Tex. R. App. P. 37.3(a).

                        Very truly yours,

                        JEFFREY D. KYLE, CLERK


                        BY: *Amy Strother*
                        Amy Strother, Deputy Clerk


cc:     Mr. David De Leon
        Mr. Thomas J. Baker



SCAN